**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of Delaware
_____
(State)

Case number (*if known*): _____   Chapter 11

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | AeroFarms Danville Leasing, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** | |
| | Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 8 7 – 3 0 8 6 8 2 7 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 212 Rome Street | |
| Number        Street | Number        Street |
| | |
| | P.O. Box |
| Newark               NJ        07105 | VA |
| City                      State      ZIP Code | City                      State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Essex | 1526 Cane Creek Pkwy |
| County | Number        Street |
| | |
| | Ringgold            VA        24586 |
| | City                      State      ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.aerofarms.com |

| Debtor | AeroFarms Danville Leasing, LLC | | Case number (if known)_____ |
|---|---|---|---|
| | Name | | |

**6.  Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

3  1  1  9

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor    AeroFarms Danville Leasing, LLC
        _____    Case number *(if known)*_____
        Name

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____  When _____  Case number _____
                                      MM / DD / YYYY

        District _____  When _____  Case number _____
                                      MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.  Debtor    See Annex 1    Relationship _____
      District    Delaware    When _____
                                      MM / DD / YYYY
      Case number, if known _____

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?**_____
                      Number     Street

        _____

        _____  _____
        City                            State ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes. Insurance agency _____

          Contact name    _____

          Phone    _____

**Statistical and administrative information**

Debtor    AeroFarms Danville Leasing, LLC
          _____          Case number (if known)_____
          Name

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    06/08/2023
              _____
              MM  / DD / YYYY

✘ /s/ Guy Blanchard                                    Guy Blanchard
  _____                     _____
  Signature of authorized representative of debtor      Printed name

  Title  President & CFO
         _____

Debtor   AeroFarms Danville Leasing, LLC
         _____          Case number (if known)_____
         Name

**18. Signature of attorney**       ✖  /s/ Stuart M. Brown                    Date        06/08/2023
                                    _____                 _____
                                    Signature of attorney for debtor                 MM   / DD  / YYYY

                                    Stuart M. Brown, Esq.
                                    _____
                                    Printed name
                                    DLA Piper LLP (US)
                                    _____
                                    Firm name
                                    1201 North Market Street, Suite 2100
                                    _____
                                    Number       Street
                                    Wilmington                                  DE         19801
                                    _____     _____
                                    City                                    State      ZIP Code

                                    (302) 468-5700                           stuart.brown@us.dlapiper.com
                                    _____     _____
                                    Contact phone                           Email address

                                    4050                                    DE
                                    _____     _____
                                    Bar number                              State

## Annex 1

### Pending Bankruptcy Cases Filed by the Debtors' Affiliates

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware. The Debtors moved for joint administration of their cases, with the lead case number assigned to the chapter 11 case of AeroFarms, Inc., a Delaware Certified B Corporation.

- AeroFarms, Inc.
- Just Greens, LLC
- AeroFarms 8, LLC
- VEGS2 QALICB, LLC
- AeroFarms Ferry, LLC
- AeroFarms LLC
- AeroFarms International Holdings, LLC
- Aerofarms Danville, LLC
- AeroFarms Danville Real Estate, LLC
- AeroFarms Danville Leasing, LLC
- VEGS 1 QALICB, LLC
- VEGS1 Leveraged Lender, LLC
- Oasis Development, LLC
- Pentos, LLC
- 212 Rome Fund Manager LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AeroFarms Danville Leasing, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 23-_____  (  ) |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(1) and 7007.1 the undersigned authorized officer of AeroFarms Danville Leasing, LLC, the above-captioned debtor, hereby certifies that the following corporate entities, other than a governmental unit, own the specified percentage of AeroFarms Danville Leasing, LLC's equity interests, as of the date hereof:

| Equity Holder | Percentage of Total Equity |
|---|---|
| Just Greens, LLC | 100% Membership Interest |

Fill in this information to identify the case and this filing:

Debtor Name   AeroFarms Danville Leasing, LLC

United States Bankruptcy Court for the:     District of Delaware
                                                    (State)
Case number (*If known*):

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐     *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☐     *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐     *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐     *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐     *Schedule H: Codebtors (Official Form 206H)*

☐     *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐      *Amended Schedule* _____

☐     *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒     *Other document that requires a declaration*  Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on_____06/08/2023_____              **x** */s/ Guy Blanchard*
                 MM / DD / YYYY                         Signature of individual signing on behalf of debtor

                                                       Guy Blanchard
                                                       Printed name

                                                       President & CFO
                                                       Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In re:

AeroFarms Danville Leasing, LLC

Debtor.

Chapter 11

Case No. 23-_____  (   )

## LIST OF EQUITY SECURITY HOLDERS

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(3), AeroFarms Danville

Leasing, LLC hereby provides the following list of holders of equity interests:[1]

| Name and Address of Interest Holder | Kind of Interest | Percentage of Interest |
|---|---|---|
| Just Greens, LLC<br>212 Rome Street<br>Newark, NJ 07105 | Membership | 100% |

---

[1]    The Debtor is requesting to limit its compliance with Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure by disclosing only those equity security holders that hold 5% or more of common shares or membership interests. *See Motion of the Debtors for Entry of an Order Authorizing the Debtors to (I) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (II) File a Consolidated List of the Debtors' Twenty Largest Unsecured Creditors, (III) Redact or Withhold Publication of Certain Personal Identification Information and (IV) Limiting Certain Equity Security Holdings Disclosures.*

Fill in this information to identify the case and this filing:

Debtor Name   AeroFarms Danville Leasing, LLC

United States Bankruptcy Court for the:         District of Delaware
                                                                    (State)
Case number (*If known*):

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐        *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☐        *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐        *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐        *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐        *Schedule H: Codebtors (Official Form 206H)*

☐        *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐        *Amended Schedule* _____

☐        *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒        *Other document that requires a declaration*  List of Equity Security Holders _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 06/08/2023
                    MM / DD / YYYY          × */s/ Guy Blanchard* _____
                                            Signature of individual signing on behalf of debtor

                                            Guy Blanchard _____
                                            Printed name

                                            President & CFO _____
                                            Position or relationship to debtor

| Debtor name | AeroFarms, Inc. *et al.,* |
| --- | --- |

**UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE**

Case No. (If known) _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases:  List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  Ultimation Industries LLC<br>Attn: Richard Canny<br>15935 Sturgeon St<br>Roseville, MI 48066 | Ultimation Industries LLC<br>Tel: 586-771-1881<br>Email: rcanny@ultimation.net | Trade | | | | $428,702.67 |
| 2  Morgan Mechanical Contractors, Inc<br>Attn: Matthew Morgan<br>204 W Stadium Dr<br>Eden, NC 27288 | Morgan Mechanical Contractors, Inc<br>Tel: 336-623-0841<br>Email: mattmorgan@morganmech.com | Trade | | | | $267,190.31 |
| 3  Turatti SRL<br>Attn: Enrico Garibaudo<br>Via Regina Margherita, 52<br>Cavarzere, VE 30014<br>Italy | Turatti SRL<br>Tel: +39-0426-310731<br>Email: enrico.gribaudo@turatti.com | Trade | | | | $149,080.25 |
| 4  Cabot Industrial Value Fund VI OP, LP<br>Attn: Seppi Colloredo-Mansfeld<br>P.O. Box 829763<br>Philadelphia, PA 19182-9763 | Cabot Industrial Value Fund VI OP, LP<br>Tel: 978-478-8547<br>Email: seppi@cabotprop.com | Trade | | | | $130,338.41 |
| 5  Constellation NewEnergy, Inc<br>P.O. Box 4640<br>Carol Stream, IL 60197-4640 | Constellation NewEnergy, Inc<br>Tel: 844-636-3749 | Trade | | | | $120,215.28 |

Debtor name  **AeroFarms, Inc.**                                                    Case No. (If known)

### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6  **Belmark Inc**<br>Attn: Robert Feldman<br>P.O. Box 8814<br>Carol Stream, IL 60197-8814 | **Belmark Inc**<br>Tel: 920-336-2848<br>Email: robertf@belmark.com | Trade | | | | $115,801.20 |
| 7  **CF Logistics, LLC**<br>Attn: Jim Rondini<br>P.O. Box 789681<br>Philadelphia, PA 19178-9681 | **CF Logistics, LLC**<br>Tel: 610-268-5147<br>Email: jrondini@cflogisticsllc.com | Trade | | | | $110,917.75 |
| 8  **Workforce Unlimited, LLC**<br>Attn: Christy Oakes<br>5200 77 Center Dr, Ste 300<br>Charlotte, NC 28217 | **Workforce Unlimited, LLC**<br>Tel: 434-251-0230<br>Email: coakes@wfunlimited.com | Trade | | | | $110,864.11 |
| 9  **Industrial Fabricators of VA, Inc**<br>Attn: Scott Childress<br>P.O. Box 518<br>Fishersville, VA 22939 | **Industrial Fabricators of VA, Inc**<br>Tel: 540-886-3837<br>Email: childresss@indfabofva.com | Trade | | | | $105,281.10 |
| 10 **Watson Electrical Construction Co LLC**<br>Attn: Justin Alexander<br>1305 S Park Dr<br>Kernersville, NC 27284 | **Watson Electrical Construction Co LLC**<br>Tel: 336-516-3876<br>Email: jalexander@rankinmckenzie.com | Trade | | | | $103,890.00 |
| 11 **City of Danville, Virginia**<br>Div of Central Collections, Utilities<br>Attn: Jason Grey<br>P.O. Box 3308<br>Danville, VA 24543-3308 | **City of Danville, Virginia**<br>Tel: 434-799-5270<br>Email: greyjc@danvilleva.gov | Trade | | | | $101,136.07 |

Debtor name  **AeroFarms, Inc.**                                              Case No. (If known)

## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 12  Shambaugh & Son LP<br>Attn: Angie Perkey<br>7614 Opportunity Dr<br>P.O. Box 1287<br>Ft Wayne, IN 46801 | Shambaugh & Son LP<br>Tel: 260-487-7915<br>Email: aperkey@shambaugh.com | Trade | | | | $100,581.67 |
| 13  ATL Transport Inc<br>Attn: Matt Guler<br>1798 Montreal Circle, Ste 201<br>Tucker, GA 30084 | ATL Transport Inc<br>Tel: 770-939-1527<br>Email: matt.guler@atltransport.net | Trade | | | | $92,800.00 |
| 14  Easypak, LLC<br>Attn: Chris Seeback<br>30 Jytek Dr<br>Leominster, MA 01453 | Easypak, LLC<br>Tel: 201-214-3869<br>Email: chrisseeback@yahoo.com | Trade | | | | $92,159.00 |
| 15  Holland Bio Products<br>Attn: Werner Huisman<br>Rondweg 27<br>Nijmegen, AR 6515<br>Netherlands | Holland Bio Products<br>Tel: 31613198031<br>Email: werner@hollandbioproducts.com | Trade | Contingent | | | $81,970.22 |
| 16  SGS North America Inc<br>Attn: Jeffrey Nauseda<br>P.O. Box 2502<br>Carol Stream, IL 60132-2502 | SGS North America Inc<br>Tel: 303-906-8420<br>Email: jeffrey.nauseda2@sgs.com | Trade | | | | $73,997.56 |
| 17  Mathand<br>Attn: Chad Lowery<br>103 Smokehill Ln, Ste 130<br>Woodstock, GA 30188 | Mathand<br>Tel: 678-861-0097<br>Email: clowery@mathand.net | Trade | | | | $73,030.50 |

**Debtor name**  **AeroFarms, Inc.**                                    Case No. (If known)

## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 18 Seeds By Design<br>Attn: Robb Bauman<br>311 Butte St, Ste J<br>Willow, CA 95988 | Seeds By Design<br>Tel: 801-608-0380<br>Email: robb@mvseeds.com | Trade | | | | $68,283.08 |
| 19 Mohammed Ayedh AlShahrani & Saad Mansour AlMansour Law Firm<br>Attn: Mohammed Ayed<br>Burj Plus - 5th Fl, King Abdullah Rd<br>P.O. Box 300002, Riyadh, 11372<br>Saudi Arabia | Mohammed Ayedh AlShahrani & Saad Mansour AlMansour Law Firm<br>Tel: +966138139960<br>Email:<br>muneeb.khan@shahranimansour.com | Trade | | | | $63,714.60 |
| 20 Ebm-Papst Inc<br>Attn: Phil Volpe<br>P.O. Box 416381<br>Boston, MA 02241-6381 | Ebm-Papst Inc<br>Tel: 609-213-9168<br>Email: phil.volpe@us.ebmpapst.com | Trade | | | | $61,490.00 |
| 21 Ductsox Corp<br>Attn: Gerry Flores<br>8900 N Arbon Dr<br>Milwaukee, WI 53223 | Ductsox Corp<br>Email: GFlores@ductsox.com | Trade | | | | $59,445.25 |
| 22 Sunbelt Rentals, Inc<br>Attn: Jeff Huddleston<br>P.O. Box 409211<br>Atlanta, GA 30384-9211 | Sunbelt Rentals, Inc<br>Tel: 434-221-9228<br>Email: jeff.huddleston@sunbeltrentals.com | Trade | | | | $58,235.28 |
| 23 BCG Management Resources (Aptean)<br>Attn: Donna Mancinelli<br>4325 Alexander Dr<br>Alpharetta, GA 30022 | BCG Management Resources (Aptean)<br>Tel: 201-724-6983<br>Email: donna.mancinelli@aptean.com | Trade | | | | $57,346.62 |

**Debtor name** **AeroFarms, Inc.**                          **Case No. (If known)**

## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 24  Montrose Molders Corp<br>Attn: Brendan Wilson<br>25 Howard St<br>Piscataway, NJ 08854 | Montrose Molders Corp<br>Tel: 908-399-8461<br>Email: brwilson@montrosemolders.com | Trade | | | | $56,582.97 |
| 25  i.e. Smart Systems<br>Attn: Matthew Key<br>23219 W Hardy Rd<br>Spring, TX 77373 | i.e. Smart Systems<br>Tel: 713-557-6205<br>Email: mkey@iesmartsystems.com | Trade | | | | $54,632.72 |
| 26  HUSPRF Newark LP<br>Attn: Frank Saphire<br>345 Hudson St<br>New York, NY 10014 | HUSPRF Newark LP<br>Tel: 646-701-5160<br>Email: frank.saphire@hines.com | Trade | | | | $54,358.29 |
| 27  Recipe Into Reality Inc<br>dba Chicory<br>Attn: Jenna Smith<br>137 5th Ave, 5th Fl<br>New York, NY 10010 | Recipe Into Reality Inc<br>Tel: 217-415-7678<br>Email: jenna@chicory.co | Trade | | | | $50,000.01 |
| 28  DuBois Chemicals, Inc<br>Attn: Steven Dombrowski<br>3630 E Kemper Rd<br>Cincinnati, OH 45241 | DuBois Chemicals, Inc<br>Tel: 973-713-2538<br>Email: steven.dombrowski@duboischemicals.com | Trade | | | | $49,451.29 |
| 29  Instawork<br>Attn: Jordan Petrocci<br>548 Market St<br>PMB 63152<br>San Francisco, CA 94104-5401 | Instawork<br>Tel: 315-535-6824<br>Email: jpetrocci@instawork.com | Trade | | | | $49,352.57 |

Debtor name **AeroFarms, Inc.**                                                                    Case No. (If known) _____

## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 30  Turatti North America<br>Attn: Tim Lopp<br>P.O. Box 1848<br>Salinas, CA 93902-9998 | Turatti North America<br>Tel: 831-383-9060<br>Email: Tlopp@turrati.com | Trade | | | | $47,365.97 |

Fill in this information to identify the case and this filing:

Debtor Name ___AeroFarms Danville Leasing, LLC___

United States Bankruptcy Court for the: _____ ___District of Delaware___
                                                                    (State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☐   *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐   *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐   *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐   *Schedule H: Codebtors (Official Form 206H)*

☐   *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐   *Amended Schedule _____*

☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐   *Other document that requires a declaration _____*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _06/08/2023_____          × */s/ Guy Blanchard*_____
                    MM / DD / YYYY                      Signature of individual signing on behalf of debtor

                                                                      Guy Blanchard_____
                                                                      Printed name

                                                                      President & CFO_____
                                                                      Position or relationship to debtor

## CERTIFICATE OF SECRETARY OF AEROFARMS, INC.
## AND AUTHORIZED OFFICER OF THE FILING SUBSIDIARIES

### June 6, 2023

I, the undersigned, duly elected, qualified, and acting Secretary of AeroFarms, Inc. ("AeroFarms"), a corporation organized and existing under the laws of the State of Delaware, and an Authorized Officer of the companies listed on **Schedule 1** and **Schedule 2** (the "Filing Subsidiaries", and collectively with AeroFarms, the "Companies") do hereby certify solely on behalf of the Companies and not in my individual capacity, that in such capacity, I am authorized to execute this Certificate on behalf of the Companies, and further hereby certify that:

Attached hereto as Exhibit A is a true, correct, and complete copy of the resolutions duly adopted by the (i) Board of Directors of AeroFarms; (ii) the sole member and the manager of the applicable Filing Subsidiary on **Schedule 1**; or (iii) the manager of the applicable Filing Subsidiary on **Schedule 2** on the date hereof, and that such resolutions (a) have not been amended, rescinded, or modified since their adoption and remain in full force and effect as of the date hereof and (b) were adopted in accordance with the provisions of applicable law and each Company's organizational documents.

**IN WITNESS WHEREOF**, the undersigned has executed this Certificate as of the date first set forth above.

By: _____

Name: Guy Blanchard

Title:  Secretary & Authorized Officer

**OMNIBUS RESOLUTIONS**
**OF THE BOARD OF DIRECTORS OF AEROFARMS, INC.,**
**THE SOLE MEMBER AND THE MANAGER,**
**AND THE MANAGER OF EACH OF THE FILING SUBSIDIARIES**

**Dated: June 6, 2023**

Whereas the (i) members of the Board of Directors of AeroFarms Inc., a Delaware corporation ("AeroFarms"), (ii) the sole member and the manager of the companies listed on **Schedule 1** attached hereto, and (iii) the manager of the companies listed on **Schedule 2** hereto (the companies in clauses (ii) and (iii) each, a "Filing Subsidiary" and collectively, the "Filing Subsidiaries" and, together with AeroFarms, the "Companies" and each a "Company") (each governing body in clauses (i)-(iii), a "Board") hereby take the following actions and adopts the following resolutions that were unanimously approved by the Board of each Company, pursuant to each Company's bylaws or limited liability company agreement, as applicable, and the respective laws of the state of formation of each Company, at a meeting held on June 6, 2023.

**Chapter 11 Filing**

**WHEREAS**, each Board has surveyed potential restructuring options for such Company and considered presentations by the management of and the advisors to such Company regarding the assets, liabilities and short- and long-term liquidity situation of such Company, the consequences of the pending litigation on such Company's liquidity and the impact of the foregoing on such Company's business, prospects and enterprise value;

**WHEREAS**, each Board had the opportunity to consult with and ask questions of the management, the legal and financial advisors and other consultants to such Company, and has fully considered each of the strategic alternatives available to such Company;

**WHEREAS**, in the business judgment of each Board it is desirable and in the best interests of each Company, its creditors, its stakeholders and other parties in interest to authorize the Company to enter into one or more restructuring transactions (collectively, the "Restructuring Transactions"), including, among other things, a recapitalization of the Company or sale of all or substantially all of the Company's assets under title 11 the United States Code (the "Bankruptcy Code"), and to file or enter into other related pleadings and documents; and

**WHEREAS**, in furtherance of the Restructuring Transactions and after being fully informed, and after careful consideration and deliberation, in the judgment of the Board, after consulting with the management, legal and financial advisors of, and other consultants to, the Company, it is desirable and in the best interests of the Company, its creditors, its equity holders and other parties in interest, that the Company file or cause to be filed forthwith a voluntary petition for relief (such voluntary petition commencing a "Chapter 11 Case") under the Bankruptcy Code; and

**WHEREAS**, AeroFarms, Inc., Just Greens, LLC, AeroFarms LLC, AeroFarms 8, LLC, AeroFarms Ferry, LLC, AeroFarms International Holdings, LLC, AeroFarms Danville, LLC, AeroFarms Danville Leasing, LLC, AeroFarms Danville Real Estate, LLC, Oasis Development,

LLC, and Pentos, LLC (collectively, the "Borrowers" and each, a "Borrower"), and each of the lenders (the "DIP Lenders") identified in that certain DIP Term Sheet dated as of June 5, 2023, as may be amended, restated, supplemented, waived or otherwise modified from time to time (the "DIP Term Sheet") propose to enter into the DIP Term Sheet; and

**WHEREAS**, the obligation of the DIP Lenders to make DIP Loans (as defined in the DIP Term Sheet) to the Borrowers under the DIP Term Sheet and the other Documentation (as defined in the DIP Term Sheet) is subject to each Borrower having satisfied certain conditions described in the DIP Term Sheet; and

**WHEREAS**, the Borrowers have requested that the DIP Lenders provide a senior secured, superpriority multi-draw debtor-in-possession term loan facility in an aggregate principal amount of $10,000,000 pursuant to the terms and conditions set forth in the DIP Term Sheet (the "DIP Facility"); and

**WHEREAS**, each Company will receive benefits from the DIP Loans (as defined in the DIP Term Sheet) and other extension of credit made by the DIP Lenders to the Borrowers under the DIP Term Sheet and the Documentation, which are necessary and convenient to the conduct, promotion and attainment of the business of such Company.

## NOW, THEREFORE, IT IS

**RESOLVED**, that each Company shall be, and hereby is, authorized to file or cause to be filed forthwith a Chapter 11 Case under the provisions of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"); and it is further

**RESOLVED**, that any authorized officer (or their designees and delegates) of each Company (collectively, the "Authorized Officers"), acting alone or with one or more other Authorized Officers be, and hereby are, authorized, empowered and directed to execute and file on behalf of each Company all petitions, schedules, lists, motions, certificates, declarations, papers and documents, and to take any and all action that any one or more deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of each Company's business or to successfully prosecute the Chapter 11 Case; and it is further

**RESOLVED**, that the Authorized Officers are hereby authorized and empowered, in the name of and on behalf of each Company, to take actions and negotiate or cause to be prepared and negotiated and to execute, deliver, perform and cause the performance of any agreements, certificates, instruments, petitions, motions or other papers or documents in furtherance of the Restructuring Transactions to which each Company is or will be a party, including but not limited to, any asset or stock purchase agreement, chapter 11 plan, disclosure statement, and all exhibits and/or ancillary documents related thereto (collectively, the "Restructuring Documents"); and it is further

## Retention of Professionals

**RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of DLA Piper LLP (US) ("DLA Piper"), as general bankruptcy

counsel to represent and assist each Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance each Company's rights and obligations, including filing any motions, objections, replies, applications or pleadings; and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and to cause to be filed an appropriate application for authority to retain the services of DLA Piper; and it is further

**RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of Cloudpoint Capital LLC, as investment banker to represent and assist each Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance each Company's rights and obligations; and in connection therewith, the Authorized Officers are hereby authorized and directed, in the name of and on behalf of each Company, to execute appropriate retention agreements, pay appropriate retainers and to cause to be filed an appropriate application for authority to retain the services of Cloudpoint Capital LLC; and it is further

**RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of ICR, LLC, to provide communications consulting services to assist each Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance each Company's rights and obligations; and in connection therewith, the Authorized Officers are hereby authorized and directed, in the name of and on behalf of each Company, to execute appropriate retention agreements, pay appropriate retainers and to cause to be filed an appropriate application for authority to retain the services of ICR, LLC; and it is further

**RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of Omni Agent Solutions, as notice and claims agent as well as administrative, solicitation and balloting agent to represent and assist each Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance each Company's rights and obligations; and in connection therewith, the Authorized Officers are hereby authorized and directed, in the name of and on behalf of each Company, to execute appropriate retention agreements, pay appropriate retainers and to cause to be filed appropriate applications for authority to retain the services of Omni Agent Solutions; and it is further

**RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ any other professionals that are reasonably necessary to assist each Company in carrying out its duties under the Bankruptcy Code and to advance each Company's rights and obligations; and in connection therewith, the Authorized Officers are hereby authorized and directed, in the name of and on behalf of each Company, to execute appropriate retention agreements, pay appropriate retainers and to cause to be filed appropriate applications, to the extent necessary, for authority to retain the services of any such additional professionals; and it is further

## **DIP Financing**

**RESOLVED**, that each Board has determined that is advisable and in the best interests of such Company, as applicable, to enter into that certain DIP Term Sheet with the DIP Lenders identified therein, and such DIP Term Sheet is hereby adopted and approved, and the transactions

contemplated therein are hereby approved, and the execution and delivery of the DIP Term Sheet and Documentation by any Authorized Officers in the name of and on behalf of such Company is hereby authorized and approved, with such changes as any Authorized Officers executing the same shall approve, the execution of such agreement by any such Authorized Officer to be conclusive evidence of such approval; and it is further

**RESOLVED**, that the Authorized Officers are hereby authorized and instructed to make such arrangements as they deem necessary or proper for each Company to use existing "Cash Collateral" as that term is defined in section 363(a) of the Bankruptcy Code or use additional funds under the DIP Facility pursuant to the DIP Term Sheet as a debtor in possession in the Chapter 11 Case, and that such Authorized Officers are hereby authorized and instructed, on behalf of and in the name of such Company, to provide certain adequate protection to the prepetition secured parties identified in the DIP Term Sheet, upon the terms set forth in the DIP Term Sheet and as documented in a proposed DIP and Cash Collateral Order to be submitted for approval to the Bankruptcy Court, and to provide guaranties to and undertake any and all related financial transactions with the prepetition secured lender on such terms as may be approved by any one or more of the Authorized Officers, as reasonably necessary for the continuing conduct of the affairs of such Company; and it is further

## Restructuring Transaction

**RESOLVED**, that each Company shall be, and hereby is, authorized to pursue and implement a Restructuring Transaction following the date hereof and as may be further approved, modified, or amended by one or more of the Authorized Officers in its reasonable judgment and in consultation with the Company's professionals; and it is further

**RESOLVED**, that each Company, and the Authorized Officers, shall be, and each of them hereby is, authorized to execute, deliver, and perform its obligations under one or more purchase agreements, license agreements, or other transactions agreements and all associated agreements, schedules, certificates, instruments, guaranties, notices, and other documents implementing a Restructuring Transaction, as may be deemed necessary or desirable by any of the Authorized Officers; and it is further

**RESOLVED**, that each Company shall be, and hereby is, authorized to file or cause to be filed a motion seeking approval of a Restructuring Transaction, subject to such modifications thereto as such Authorized Officer may deem necessary or advisable in order to give effect to and carry out the general purposes of such Restructuring Transaction, including (i) bidding procedures, a stalking horse purchaser and the payment of certain fees (including expense reimbursement and breakup fees) to the stalking horse purchaser; (ii) a plan of reorganization or liquidation, associated disclosure statement, to the extent applicable, and all other related documents, and consummate, and perform under, the transactions contemplated therein and/or (iii) to dismiss or close such Company's Bankruptcy Case and execute all related documents as may be reasonably necessary or desirable in the best interests of the Company and its stakeholders; and it is further

**General**

**RESOLVED**, that each Board has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of such Company, or hereby waive any right to have received such notice; and it is further

**RESOLVED**, that the Authorized Officers are authorized and directed, in the name of and on behalf of each Company, under each Company's corporate seal or otherwise, to make, enter into, execute, deliver and file any and all other or further agreements, documents, certificates, materials and instruments, to disburse funds of each Company, to take or cause to be taken any and all other actions, and to incur all such fees and expenses as any such Authorized Officer deems to be necessary, appropriate or advisable to carry out the purposes of the foregoing resolutions and the transactions contemplated thereunder and/or to successfully complete the Company's Chapter 11 Case, the taking of any such action or execution of any such documents and/or agreements to constitute conclusive evidence and the exercise of such discretionary authority; and it is further

**RESOLVED**, that any act or acts of each Company and/or its officers, directors or of any person or persons designated and authorized to act by an officer of such Company, which act or acts would have been authorized by the foregoing resolutions except that such act or acts were taken prior to the adoption of such resolutions, be, and they hereby are, ratified, confirmed, authorized, approved and adopted in all respects and for all purposes as acts in the name and on behalf of such Company.

\*\*\*

**SCHEDULE 1**

| | Company | Jurisdiction |
|---|---|---|
| 1. | Just Greens, LLC | Delaware |
| 2. | AeroFarms 8, LLC | New Jersey |
| 3. | AeroFarms Ferry, LLC | New Jersey |
| 4. | AeroFarms LLC | Delaware |
| 5. | AeroFarms International Holdings, LLC | Delaware |
| 6. | AeroFarms Danville, LLC | Virginia |
| 7. | AeroFarms Danville Real Estate, LLC | Virginia |
| 8. | AeroFarms Danville Leasing, LLC | Virginia |
| 9. | 212 Rome Fund Manager LLC | Delaware |
| 10. | Oasis Development, LLC | Delaware |
| 11. | Pentos, LLC | New Jersey |

**SCHEDULE 2**

| | Company | Jurisdiction |
|---|---|---|
| 1. | VEGS1 QALICB, LLC | Delaware |
| 2. | VEGS1 Leveraged Lender, LLC | Delaware |
| 3. | VEGS2 QALICB, LLC | Delaware |